Date: 07/07/10      **DIVIDENDS REMITTED TO THE COURT**      R# x50556    Page: 1

#111

Case Number 09-16936 - JAFFARY, ASIM A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 000008 | 309.00 | 3.50 |
| ---------- Remittance Total ---------- | | 309.00 | 3.50 |

*[signature]*
LAUREN A. HELBLING, Trustee